IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hoskins, Makesha S | Case Number:  08 B 07481 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/22/08 | Filed:  3/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  June 30, 2008
Confirmed:  June 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 561.84 | |
| Secured: | | 184.19 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 341.13 |
| Trustee Fee: | | 36.52 |
| Other Funds: | | 0.00 |
| Totals: | 561.84 | 561.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 341.13 |
| 2. | Santander Consumer USA | Secured | 0.00 | 184.19 |
| 3. | Asset Acceptance | Unsecured | 90.18 | 0.00 |
| 4. | Illinois Dept Of Employment Sec | Unsecured | 188.10 | 0.00 |
| 5. | Santander Consumer USA | Unsecured | 0.00 | 0.00 |
| 6. | H & F Law Offices | Unsecured | | No Claim Filed |
| 7. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 8. | Credit Management Service | Unsecured | | No Claim Filed |
| 9. | Alliance One | Unsecured | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | Harris & Harris | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Midland Credit Management | Unsecured | | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | $ 3,742.28 | $ 525.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 36.52 |
| | $ 36.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hoskins, Makesha S | Case Number:  08 B 07481 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/22/08 | Filed:  3/28/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

